IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. WILKES,<br><br>    Petitioner,<br><br>  v.<br><br>THOMAS L. CAREY, Warden of Solano State Prison,<br><br>    Respondent._____/ | No. C -04-3030 MJJ<br><br>**ORDER GRANTING REQUEST TO BE UNDESIGNATED FOR E-FILING** |

    The Court has read and considered Petitioner's request to be undesignated for e-filing. For good cause shown, the Court hereby **GRANTS** the request.

    The Clerk of Court is hereby ordered to undesignate this case for e-filing.

**IT IS SO ORDERED.**

Dated: September 24, 2004

                                                          /s/
                                      MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE